IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                                                   Case No.15-06347-CW3-13
LOIS ELAINE JOHNSON                              JUDGE CHARLES M WALKER
338 TANGLEWOOD COURT
APT 338
NASHVILLE, TN 37211

SSN XXX-XX-1031

## TRUSTEE'S NOTICE OF DIRECT PAY ORDER

       HENRY E. HILDEBRAND, III, Standing Trustee for Chapter 13 matters in the Middle District Of Tennessee, hereby provides notice that the trustee has received information that the source of the debtor's income has changed. The source of payments to the trustee should be the debtor paying directly pending a subsequent notice.

                                                                        Respectfully Submitted,

                                                                        /s/ Henry E. Hildebrand, III
                                                                        HENRY E. HILDEBRAND, III
                                                                        CHAPTER 13 TRUSTEE
                                                                        P O BOX 340019
                                                                        NASHVILLE, TN 37203
                                                                        PHONE: 615-244-1101
                                                                        FAX: 615-242-3241
                                                                        pleadings@ch13nsh.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid to:
LOIS ELAINE JOHNSON, 338 Tanglewood Court, Apt 338, Nashville, TN 37211;

Email by Electronic Case Noticing to:
ROTHSCHILD AND AUSBROOKS PLLC, Debtor's counsel

on this 23rd day of August, 2017.

                                                                        /s/ Henry E. Hildebrand, III
                                                                        HENRY E. HILDEBRAND, III
                                                                        Chapter 13 Trustee